

**NUMBERS
13-15-00218-CV
13-15-00237-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**CITY OF PORT ISABEL, TEXAS,**                                        **Appellants,**
**MARIA DE JESUS GARZA,**
**GUILLERMO TORRES AND JOE E. VEGA,**

**v.**

**JUAN JOSE "JJ" ZAMORA, SR.**
**AND MARTIN C. CANTU,**                                        **Appellees.**

---

**On appeal from the 444th District Court
of Cameron County, Texas.**

---

# ORDER

**Before Justices Garza, Benavides and Perkes
Order Per Curiam**

Appellants, the City of Port Isabel, Texas, Maria de Jesus Garza, Guillermo Torres

and Joe E. Vega, have perfected two appeals of orders rendered in trial court cause

number 2015-DCL-2342-H. Attorney Humberto Silva, purporting to represent appellants, has filed a "Motion to Show Authority to Act" in which he requests that we abate the appeals and remand to the trial court for determination as to whether attorneys Robert L. Colllins, Audrey Guthrie and Christopher D. Lewis have authority to bring these appeals on behalf of appellants. *See* TEX. R. CIV. P. 12.

Having reviewed the motion, we hereby ORDER that Robert L. Colllins, Audrey Guthrie and Christopher D. Lewis file any response to the motion with this Court on or before Thursday, July 2, 2015.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
25th day of June, 2015.